**Pal Singh GREWAL, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 02–74018.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 8, 2003.[*]

Decided Dec. 11, 2003.

Pal Singh Grewal, Turlock, CA, for Petitioner.

Regional Counsel, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, San Francisco, CA, Arthur L. Rabin, Esq., Victor M. Lawrence, Washington, DC, U.S. Department of Justice, for Respondent.

Before GOODWIN, WALLACE, and MCKEOWN, Circuit Judges.

MEMORANDUM [**]

Pal Singh Grewal, a native and citizen of India, petitions for review of the Board of Immigration Appeals' ("BIA") decision denying his untimely motion to reopen deportation proceedings. We have jurisdiction pursuant to 8 U.S.C. § 1105a(a), *Kalaw v. INS*, 133 F.3d 1147, 1150 (9th Cir. 1997), and we deny the petition for review.

Grewal does not contend in his brief to this Court that his motion to reopen was

---

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

timely. Accordingly, Grewal has waived his right to challenge the BIA's decision. *See Martinez–Serrano v. INS,* 94 F.3d 1256, 1260 (9th Cir.1996).

PETITION FOR REVIEW DENIED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36-3.